

CORCORAN STATE PRISON

NAME Kevon Camp
CDCR NUMBER BC7449
HOUSING 4A1L43
PO BOX 3476
CORCORAN, CA 93212

Legal Mail

**STATE PRISON GENERATED MAIL**

RECEIVED
SEP 08 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
EG

CORCORAN STATE PRISON

FIRST-CLASS

US POSTAGE — PITNEY BOWES
ZIP 93212
02 7W $001.32
0000804 1095 SEP 03 2025

Clerk, U.S. District Court for the Northern District Of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

INDIGENT

9.1.25