UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEFVON JEROME CAMP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-07868-RMI<br><br>**ORDER** |

On November 20, 2025, Plaintiff was provided twenty-eight days to file an amended complaint (dkt. 6). Since then, Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, Plaintiff is **ORDERED** to file an amended complaint within **twenty-one days** of service of this Order; otherwise, this case may be dismissed.

**IT IS SO ORDERED.**

Dated: January 6, 2025

　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge