United States District Court
Northern District of California

FILED
JAN 05 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

KEFVON JEROME CAMP.
      V.
JANE DOE
A. ANDRADE-VERNI
M. GARCIA.
John Doe

Case No. 1:25-CV-07868·RMI

Plaintiffs MOTION Too File First Amended Complaint To Identify Defendants And Care Deficiencies" Fed. R.C.P. 6(b); Civil. L.R. 6-3

Plaintiff Appearing Pro-Se. Respectfully Moves This Court, For An Order Extending To Fine His Amended Complaint. Pursant To F.E.D. R.C.P. 6(b); Civil LR. 6-3

(I) Good Cause;

(II) PL. Is A State Prisoner Proceeding ProSe In Forma PauPoris He Has Limited Access To Legal Materials NO Internet Access And Restricted Ability Too Correspond with Outside Agency's For Information.

(III) In Its Recent Order This Court Directed PL. To Conduct An "Olsen Review Of His Central File To Obtain The Names And Identifying Information Of The Correctional Staff Involved In The Incident Described In The Complaint.

(III) ~~PL. Thus For Request~~ Despite PL. Repeated Request From Prison Officials Has Refused To Facilatate or Schedule The Required Olsen Review Leaving PL. Unable To Access Necessary Records To Identify The John and Jane Doe Defendants.

(IV) PL. Has Acted Deligently In Fileing Request In seeking Compliance From Staff but The Institutional Refusal

1. Is Beyond His Control.
2. (VI) The Inability To Preform The Olsen Review Presents
3. PL. From Identifying Proper Defendants Has Orderd And
4. From Meaningfully Curing The Deficiency Noted In The
5. Screening Order.
6. (VI) PL. There For Request A 45 Day Extension or
7. longer If The Court Deems Appropicte To Allow sufficent
8. Time C.D.C.R. To Provide The Olsen Review. And For PL
9. To Complete The Amended Complaint Once The Information
10. Is obtained.
11.
12. Attachments Exbits (A) Inmate Request Dated 6/2/24 and 7/6/24
13. (B) Inmate Request Dated 12/2/25 (C 1-4) 602 Showing they don't give
14. Names in Appeal Process (D) Date's and Times Body Watch Worn Camera footage
15.
16.
17. [signature]                                           Dated 12/ /25

We are allowed Olsen review's once a year according to the Title 15 so for the second time can you please set up a date for an Olsen Review. Thank you

**INTERVIEWED BY:** Zamora
**DATE:** 6/7
**DISPOSITION:** We talked about this in person at SMY module on 6/7/24. Send me a list.

---

COPY

STATE OF CALIFORNIA
**INMATE REQUEST FOR INTERVIEW**
GA-22 (Rev. 10/13)

DEPARTMENT OF CORRECTIONS & REHABILITATION

## INMATE REQUEST FOR INTERVIEW

**DATE:** 7/6/24
**TO:** CBP-R
**FROM (LAST NAME):** Camp
**CDCR NUMBER:** BC7449
**HOUSING:** 4A1L
**BED NUMBER:** 43

Clearly state your reason for requesting this interview.

I requested an Olsen review two times only to be told that I'm not eligible to to my B.P.H. not being for another 10-years, by CCII Zamora. Also they placed on my Bed Assignment Sheet that I've been on three S.N.Y. Yards and I've never been S.N.Y, I requested the 128B6 and get no response. I'm trying to get these falsifications removed from my C-file.

---

Exbit (A)

Exbit (B)

copy made
12/2/25
@ 2038 hrs
(Cantu)

**STATE OF CALIFORNIA**
GA-0022 (Rev 2013-10)

**DEPARTMENT OF CORRECTIONS & REHABILITATION**

## INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDCR NUMBER |
|---|---|---|---|
| 12/2/25 | CCI Jackson | Camp | BC7449 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| 4A1L | 43 | | | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | FROM | TO |
|---|---|---|---|

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Requesting for the 3rd time sents I've been housed in Corcoran R.H.U. for an Olsen Review. Also how long is the waiting process to get the papers I need after the review is done? And do we have a time line on when the olsen review can be done? Thank You. The first 2 request where to CCI Zamora.

INTERVIEWED BY _____ DATE _____

DISPOSITION

ESTADO DE CALIFORNIA
DEPARTAMENTO DE CORRECCIONES Y REHA[BILITA]CIÓN

**QUEJA**
CDCR 602-1 (Rev. 01/22)

SVSP 556938

Página 1 de 2

| USO EXCLUSIVO DEL PERSONAL | OGT Log No: 555844  Decision Due Date: _____  Categories: _____ | Date Received: _____ |
|---|---|---|

[Stamp: CSP CORCORAN Received 2024 OFFICE OF GRIEVANCES]

Nombre del demandante: **Kefvon Camp**    CDCR #: **BC7449**

Zona de la institución/libertad condicional: **Corcoran**  Vivienda actual/Unidad de libertad condicional: **4A1L-43**

## USO EXCLUSIVO DEL PERSONAL

_Utilice este formulario para presentar una denuncia ante el Departamento._

**Para que el Departamento entienda su denuncia, por favor, responda las siguientes preguntas:**

- ¿Cuál es la naturaleza de su queja?
- ¿Cuándo y dónde ocurrió la denuncia?
- ¿Quiénes estaban involucrados?
- ¿Cuáles son las personas que pueden respaldar su denuncia?
- ¿Intentó de resolver informalmente la denuncia?
- ¿En qué norma o política se basa su denuncia?
- ¿Qué acción específica resolvería su denuncia?

OBSERVACIÓN: Adjunte documentos que ayuden a respaldar su denuncia (identifique los documentos si no los tiene).

Property missing or lost California Code Regulation #3193 liability for personal property. While at Salinas Valley State Prison on January 14/24 I was placed in R.H.U. Upon placement my property was inventoried that day. See attachment Inmate Property Inventory Dated January 14/24 On March 20/24 I was transferd to Corcoran State Prison R.H.U. on a Ad-Verse transfer with out any of my property nor a 1083 of my property. I didn't recive my property until April 23/24 more than a month later. Upon reciving my property I notice the following items where missing or lose 2 Proclub Sweatshirts $25.95 per sweatshirt combined total of $51.90, 1 Proclub sweatpans $29.95, 3 Nike T-shirts $37.25 per shirt combined total of $111.75, 2 Proclub 14inch Heavyweight Mesh shorts $50.50 per shorts combined total of $101.00, 4 Proclub 9inch Boxers $15.05 per Boxer Combined total of $60.20, 2 Proclub Snapback Hats $29.80 per Hat Combined total of $59.60, and 5pair of Shoe's $50.00 per pair Combined total of $250.00 an overall Value of $670.00. See two page Attachment Inmate Property Inventory from January 14/24 and April 10/24 You can see the difference between both

ESTADO DE CALIFORNIA
QUEJA
CDCR 602-1 (Rev. 01/22)

PÁGINA DE CONTINUACIÓN

DEPARTAMENTO DE CORRECCIONES Y REHABILITACIÓN

Página 2 de 2

Inventory sheets. As for the 5 pair of shoes, they weren't even my same size shoe nor where they my actual shoes, they were swapped out. They are in violation of the following CCR #3391, DOM Article 22 chapter 3 / Code of Conduct 33030.3.1, Law Enforcement Code of Ethics 33030.3.3. I'm seek monitary compensation of $250.00 payed in Canteen to cover the amount of my 5 pair of shoes thats missing. I'm also seeking compensation of a Check to my Inmate Trust Account in the Amount of $300.00 without restitution being taken to cover the lost of my Clothes and Hats. Grand total of $550.00, leaving $120.00 that I wish to donate to Corcoran 4A Yard to purchase fans for all the offices of the Correctional/Peace Officer's due to the heat level rising with the Summer coming.

So that's $250 payed in Canteen, $300 nonrestitution to my Inmate Trust Account and $120.00 donated to purchase fans for all the buildings on 4A Yard for the Offices of the Peace/Correctional Officers.

Firma del Demandante: _____    Fecha en que se firma: 4/30/24

Ex Lit Cover 


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

**Offender Name:** CAMP, KEFVON JEROME  
**CDC#:** BC7449  
**Current Location:** COR-Facility 04A  

**Date:** 07/10/2024  

**Current Area/Bed:** 04AA1LC1 - 043001L ✓

**Log #:** 000000555844

**Claim #** 001

**Received at Institution/Parole Region:** California State Prison, Corcoran  
**Submitted to Facility/Parole District:** California State Prison, Corcoran  
**Housing Area/Parole Unit:**  
**Category:** Offender Resources     **Sub-Category:** Property

## I. ISSUE ON APPEAL

You are appealing the grievance decision to reassign your claim to Salinas Valley State Prison.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Title 15, section 3483(g)(5)(A)

### B. DOCUMENTS CONSIDERED

Grievance and Appeal Log No. 555844

## III. REASONING AND DECISION

You claim on January 14, 12024, while housed at Salinas Valley State Prison you were placed in the Restricted Housing Unit and your property was packed and inventoried, and when you received your property items were missing. The majority of the facts are primarily located at Salinas Valley State Prison; therefore, your claim was correctly reassigned. Additionally, your claim is being addressed in log no. 556938. However, you submitted two grievance forms, and they were combined into log no. 555844, but the claims on the second grievance form (pages 7 and 8) were not entered into the Offender Grievance Tracking system or addressed. Thus, this claim is granted.

## IV. REMEDY

The Office of Grievances at the California State Prison, Corcoran shall open a new grievance, address your claim on the second grievance form regarding an incident at the California State Prison, Corcoran on April 27, 2024, and upload all supporting documentation related to your claim to the Offender Grievance Tracking system.

**Decision: Granted**

Exbit C3 of C4

STATE OF CALIFORNIA  
**APPEAL OF GRIEVANCE**  
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHAB.

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 000000555844 | Date Received: |
| | Decision Due Date: | |
| | Categories: | |

**Claimant Name:** CAMP, KEFVON JEROME  **CDCR #:** BC7449

**Institution/Parole Region:** Corcoran  **Current Housing/Parole Unit:** 4AL43

OOA Review

**Imminent Risk:** Y / N  
**Comment:**  
**OOG Notification:** Y / N  
**Comment:**  
**Initials:** ___ **Date:** 5/20

OOA MAY 20 2024  
OOA ___  
MAY 20 2024

*Use this form to appeal a decision or a remedy by the Office of Grievances.*  
Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** 000000555844  **Claim No:** 1

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* The Shoe's that where given to me are here at Corcoran state prison the Shoe's are not even my size nor are they like my shoe's. I'm requesting $250.00 payed in Canteen to replace my shoe's that Corcoran lost because the Shoe's they tryed to give me are not mine. As for Salinas Valley they are already under investigation for S.R.T. use of force see Log # 550282 & Log # 549056 aswell as Breaking My two T.V.'s here at Corcoran where they just Removed property officer Medina

This form shall be submitted by mail to:  
Office of Appeals  
Department of Corrections and Rehabilitation  
P.O. Box 942883  
Sacramento, CA 95811

**IMPORTANT:**  
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will **not** consider any new documentation. Therefore, it is recommended you not attach any documentation to this form. Furthermore, any documentation you attach to this form will not be returned to you.

**Claimant Signature:** [signature]  **Date Signed:** 5/10/24

*ADA Accessible*

Exbit C4 of C4

**OOA RECEIVED**
**MAY 20 2024**

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITA

Page 2 o...

**OGT Log No:** 000000555844     **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* for destroying two Inmate T.V.'s See Log # 551292. Corcoran keeps forwarding my 602 to Salinas knowing that I have them under misconduct/use of force allegations instead of just volunteer on me.

ADA Accessible

1. Exbit D
2. Date: 12/22/25
3. Time: 7:40 - 7:50 AM
4. Officer B.W.C. - A. Ochoa
5.
6. Date 12/22/25
7. Time: 8:22 - 8:25 AM
8. Counsolor: Jackson
9. A.V.S.S. C-Section 4A2L
10.
11.     Jackson stated that he has not received any of my
12. Inmate Request for Interview. Also that it takes up to a year
13. to get an Olsen Review.



CORCORAN STATE PRISON

NAME K. Camp
CDCR NUMBER BC7444
HOUSING 4A2L43
PO BOX 3476
CORCORAN, CA 93212

Legal Mail

STATE PRISON
GENERATED MAIL

Office of The Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED
JAN 05 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INDIGENT

D Gonzales

12/28/25

101128